UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
SEP 08 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. |
| TASHIA OVERTON, | ) 1:21-cr-0264 TWP-TAB |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
18 U.S.C. § 922(a)(6)
Making a False Statement during Purchase of a Firearm

On or about March 22, 2021, in Johnson County, Indiana, within the Southern District of Indiana, TASHIA OVERTON, the defendant herein, in connection with the acquisition of a firearm, to wit: a Glock model 19 bearing serial number BTCC825 from US Defense Solutions, a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to US Defense Solutions, which statement was intended and likely to deceive US Defense Solutions, as to a material fact to the lawfulness of such acquisition of the said firearm(s) to the defendant under chapter 44 of Title 18, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that her residence and address was 6613 East 52nd Place, Indianapolis, Indiana 46226. All in violation of Title 18, United States Code, Section 922(a)(6).

COUNT 2
18 U.S.C. § 924(a)(1)(A)
Making a False Statement with Respect to Information
Required to Be Kept by Licensed Firearms Dealers

On or about March 22, 2021, in Johnson County, Indiana, within the Southern District of Indiana, the defendant, TASHIA OVERTON, the defendant herein, did knowingly make a false statement and representation to Defense Solutions, a licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Defense Solutions, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that her residence and address was 6613 East 52nd Place, Indianapolis, Indiana 46226. All in violation of Title 18, United States Code, Section 924(a)(1)(A).

COUNT 3
18 U.S.C. § 922(a)(1)(A)
Unlicensed Dealing Firearms

From March 18, 2021, through at least April 15, 2021, in the Southern District of Indiana, TASHIA OVERTON, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18 United States code, did willfully engage in the business of dealing firearms, to wit:

| FIREARM PURCHASED | CALIBER | DATE OF PURCHASE | PURCHASE LOCATION |
|---|---|---|---|
| Glock 17, SN#BCGZ274 | 9mm | 4/15/2021 | Indiana Firearms INC, Lebanon, IN |
| Glock 22, SN#PHY231 | .40 Cal | 4/15/2021 | Indiana Firearms INC, Lebanon, IN |
| Glock 22, SN#PHY229 | .40 Cal | 4/15/2021 | Indiana Firearms INC, Lebanon, IN |
| Glock 22, SN#PHY234 | .40 Cal | 4/15/2021 | Indiana Firearms INC, Lebanon, IN |
| Glock 23, SN#BTET322 | .40 Cal | 4/15/2021 | Indiana Firearms INC, Lebanon, IN |
| Glock 19, SN#BTCZ604 | 9mm | 4/10/2021 | Shoot Point Blank, Carmel, IN |
| Glock 19, SN#BTEH217 | 9mm | 4/10/2021 | Shoot Point Blank, Carmel, IN |
| Glock 19, SN#BTCF863 | 9mm | 4/10/2021 | Shoot Point Blank, Carmel, IN |
| Glock 17, SN#BTAX357 | 9mm | 4/10/2021 | Shoot Point Blank, Carmel, IN |
| Glock G20, SN#BTEM877 | 10mm | 4/8/2021 | US Defense Solutions, Greenwood, IN |
| Glock 17, SN#BTAX455 | 9mm | 4/8/2021 | US Defense Solutions, Greenwood, IN |
| Glock 19, SN#BTCS395 | 9mm | 4/7/2021 | The Outdoorsman INC, Greenwood, IN |

| | | | |
|---|---|---|---|
| Glock 19, SN#AFDP886 | 9mm | 4/7/2021 | The Outdoorsman INC, Greenwood, IN |
| Glock 19, SN#BTEH276 | 9mm | 4/6/2021 | Shoot Point Blank, Indianapolis, IN |
| Glock 19, SN#BTECE770 | 9mm | 4/6/2021 | Shoot Point Blank, Indianapolis, IN |
| Glock 19, SN#AFKF422 | 9mm | 4/2/2021 | Shoot Point Blank, Indianapolis, IN |
| Glock 19, SN#BTCV781 | 9mm | 4/2/2021 | Shoot Point Blank, Indianapolis, IN |
| Glock 22, SN#1ERN917US | .40 Cal | 3/17/2021 | Indiana Firearms INC, Lebanon, IN |
| Glock 22, SN#1ERN877US | .40 Cal | 3/17/2021 | Indiana Firearms INC, Lebanon, IN |
| Glock 22, SN#1ERN920US | .40 Cal | 3/16/2021 | Indiana Firearms INC, Lebanon, IN |
| Glock 22, SN#1ERN870US | .40 Cal | 3/16/2021 | Indiana Firearms INC, Lebanon, IN |
| Glock 17, SN#LCE561 | 9mm | 3/18/2021 | Indiana Firearms INC, Lebanon, IN |
| Glock 22, SN#KXD871 | .40 Cal | 3/18/2021 | Indiana Firearms INC, Lebanon, IN |
| Glock 22, SN#FCK988US | .40 Cal | 3/18/2021 | Indiana Firearms INC, Lebanon, IN |
| Glock 22, SN#MNW319 | .40 Cal | 3/18/2021 | Indiana Firearms INC, Lebanon, IN |
| Glock 19, SN#BREP448 | 9mm | 3/18/2021 | Indiana Firearms INC, Lebanon, IN |
| Glock 19, SN#BTCC825 | 9mm | 3/22/2021 | US Defense Solutions, Greenwood, IN |
| Glock 45, SN# BTGT471 | 9mm | 3/31/2021 | Copperhead Ridge Firearms, Avon, IN |
| Glock 26, SN#AEVH833 | 9mm | 2/26/2021 | Premier Arms, Brownsburg, IN |

in violation of Title 18 United States Code, Section 922(a)(1)(A).

## FORFEITURE ALLEGATION

1. The allegations contained in this indictment are realleged as if fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of an offense set forth in this Indictment, Defendant herein shall forfeit to the United States any firearm or ammunition involved in or used in such offense.

A TRUE BILL:

JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Lawrence D. Hilton
Assistant United States Attorney